## ROSENKRAZN, et al. v. PROCESS MASTERS, INC., etc., et al.

### Case No. 83-13922

Fourth Judicial Circuit, Duval County

November 26, 1984

### APPEARANCES OF COUNSEL

**Christine R. Milton** for plaintiff.

**John R. McDonough** for defendant.

**Harold B. Wahl** for movants.

### OPINION OF THE COURT

GORDON A. DUNCAN, JR., Circuit Judge.

### *ORDER QUASHING SUBPOENAS TO CHANNEL 17 REPORTERS*

This cause coming on to be heard on the Motion of Debby Ferraro, Carolyn Miles and Steve Patrick, all employed by Tampa Television, Inc., d/b/a WJKS-TV, Channel 17, to quash the subponenas attempted to be served on them,

And the Court finding that all of their testimony involves newsgathering activities,

And the Court having considered the authorities upholding the

constitutional right of media personnel to be excused from testifying as to newsgathering activities, including the 36 Florida cases cited at pages 630, et seq., Practising Law Institute, Communications Law 1984, a number of which were from Duval County, Florida,

Upon consideration, it is Ordered that each of the witness subpoenas to Debby Ferraro, Carolyn Miles and Steve Patrick, be and the same are hereby quashed.